UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:24-cv-00466

———

**Felicia Walton,**

*Plaintiff,*

v.

**Commissioner of Social Security,**

*Defendant.*

———

# ORDER

Plaintiff filed this action seeking judicial review of the Commissioner's denial of supplemental security income under the Social Security Act. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that the Commissioner's final decision be affirmed and that the complaint be dismissed with prejudice. Doc. 21 at 20. No party filed written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The final decision of the Commissioner of the Social Security Administration is affirmed. All claims in this matter are dismissed with prejudice. Any pending motions are denied as moot.

*So ordered by the court on February 27, 2026.*

———

J. CAMPBELL BARKER
United States District Judge

- 1 -